FILED'10 MAY 20 13:19 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

EDNA L. IRVINE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

Civil No. 08-l044-MA

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$7119.12** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: May 20, 2010.

                                  Malcolm F. Marsh
                                  Hon. Malcolm F. Marsh
                                  United .States. District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff